IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN P. HEHMAN
CLERK
FILED
13 MAR 13 PM 2:56
U.S.
WESTERN DIST. OHIO
DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:08CR00126(1) |
| | | Judge Walter H. Rice |
| Plaintiff | : | |
| | | |
| v. | : | ORDER TO UNSEAL |
| | | |
| JOSE JESUS VILLALBA | : | |
| | | |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order

to Seal and Affidavit filed with the Complaint in this matter on August 6, 2008 be unsealed.

IT IS SO ORDERED.

WALTER H. RICE
UNITED STATES DISTRICT JUDGE