# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

    -vs-

JOSE JESUS VILLALBA,

        Petitioner.

    :

    :

    :

    :

Case No. 3:08-cr-126
 Also Case No. 3:13-cv-009

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER FOR AMENDED ANSWER

On May 1, 2013, Petitioner filed his First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2255. Therefore, it is hereby ORDERED that the United States Attorney shall, not later than May 22, 2013, file an Amended Answer conforming to the requirements of Rule 5 of the Rules Governing §2255 Cases.

Defendant may, not later than June 5, 2013, file and serve a Reply or Traverse to the Amended Answer.

May 2, 2013.

s/ *Michael R. Merz*
United States Magistrate Judge

1